G. GAFFNER *et al.*

*v.*

THE PEOPLE *ex rel.* Hollister, County Collector.

*Filed at Mt. Vernon April 1, 1896.*

APPEALS AND ERRORS—*errors not pointed out in argument will not be considered.* Where the only error to which an appellant calls attention in his brief has been obviated by an amendment of the record, the court will not search for other errors in the record, but will affirm the judgment, though numerous other errors are assigned.

APPEAL from the County Court of Richland county; the Hon. CHARLES F. PATTERSON, Judge, presiding.

GAINES & KASSERMAN, for appellants.

JOHN LYNCH, Jr., and JOHN C. RITTER, State's Attorney, for appellee.

Mr. JUSTICE PHILLIPS delivered the opinion of the court:

This was a proceeding by the county collector of Richland county for judgment for delinquent taxes and special assessments. A transcript of certain proceedings was filed in this court, to which no *placita* appeared. Appellee's counsel suggested a diminution of the record, and on his motion a *certiorari* was issued, and the clerk sent up a record in due form, with *placita,* etc. On the record as filed the appellants assigned numerous errors, but in their brief call attention to but one,—the omission of the *placita.* The record, as amended, is full and complete, and the error relied on is not well taken. It is not our duty to attempt to find errors in this record, where none are suggested or stated by counsel for appellants.

The judgment is affirmed.          *Judgment affirmed.*